BEFORE: LEE G. DUNST  
UNITED STATES MAGISTRATE JUDGE

DATE: 12/3/2024  
TIME: 12:00PM

## CRIMINAL CAUSE FOR ARRAIGNMENT ON INDICTMENT

**DOCKET No. 24-CR-423 (NJC)**

**DEFENDANT: Matthew C. Smith**   **DEF. # 2**
☒ Present  ☐ Not Present  ☒ Custody  ☐ Bail/Surrender

**DEFENSE COUNSEL:** Joseph Nascimento and David Raben
☐ Federal Defender   ☐ CJA   ☒ Retained

FILED  
IN CLERK'S OFFICE  
U.S. DISTRICT COURT E.D.N.Y.  
★ DEC 03 2024 ★  
LONG ISLAND OFFICE

**A.U.S.A.:** Megan Farrell

INTERPRETER: ()

PROBATION OFFICER/PRETRIAL: Amanda Sanchez

COURT REPORTER / FTR LOG: 12:33-12:58     MAGISTRATE DEPUTY: CT

☒  Case called   ☐  Counsel for all sides present

☒  Arraignment on the Indictment

☒  Defendant enters a plea of **Not Guilty to all Counts of the Indictment**.

☒  Waiver of Speedy Trial executed; time excluded from 12/3/2024 through 12/10/2024.

☒  Order Setting Conditions of Release and Bond entered.

☐  Permanent Order of Detention entered.

☐  Temporary Order of Detention entered.

  ☐  Detention Hearing scheduled for:

☒  Bail Hearing held. Disposition: The parties submitted an agreed upon bail package to the Court. The parties shall submit the fully executed bond with all surety signatures by 12/10/2024.

☒  Next Court appearance (Status Conference) scheduled for 12/10/2024 at 11:00AM in front of DJ Choudhury.

Defendant ☐ Remains in Custody  ☒ Released on Bond;

OTHER: A Rule 5F has been entered. Defendant waives a public reading of the Indictment. The parties shall submit the fully executed bond with all surety signatures by 12/10/2024.